By the Court.
 

 A plea of tender can be supported at law only by the Defendant’s bringing into Court the money he admits to he due : and this is required, that the Plaintiff may have the immediate benefit of the sum so paid in. But the reason of the rule altogether fails, when money has so notoriously depreciated as to have become of no value. Is it probable that the Plaintiff would, in such a case, take the money out of Court ? Or is it reasonable that a debtor should be required to preserve it through a long period of such civil convulsion as that which occurred after the tender was made ? This, the finding of the Jury has fixed at a period anterior to any depreciation, and therefore, the loss ought not to fall on the Complainants. The Court is clearly of opinion, that the Complainants are entitled to a deduction of the interest from the time the tender was made until a demand for payment was made, of which an account was to be taken by the Master.